## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| IN RE: | Case No.: 23-10480-PGH |
| Mary Delores Thomas Baxter | Chapter 13 |
| *aka* Mary Delores Baxter | Judge: Paul G. Hyman, Jr. |
| _____Debtor(s)._____/ | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Seth Greenhill, Esq. of the law firm of Padgett Law Group, and gives this Notice of Appearance on behalf of Axiom Financial and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this the 1st day of February 2023

Respectfully submitted,

/S/ Seth Greenhill
SETH GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 1st day of February 2023:

/S/ Seth Greenhill
SETH GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

## SERVICE LIST (CASE NO. 23-10480-PGH)

*Debtor*
Mary Delores Thomas Baxter
13401 SW 265 Ter
Homestead, FL 33032
*aka* Mary Delores Baxter

*Attorney for Debtor*
Jose A Blanco
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013

*Trustee*
Nancy K. Neidich
POB 279806
Miramar, FL 33027

*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130