**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:   Mary Delores Thomas Baxter          Case No.: 23-10480-PGH
                                              Chapter 13

_____Debtor(s)_____/

## ORDER GRANTING DEBTOR'S EX-PARTE MOTION TO AMEND VOLUNTARY PETITION PAGE

This matter came before the court on Debtors Ex-Parte Motion to Amend the Voluntary Petition Page [ECF#44]. The court having reviewed said motion, and being fully advised hereby:

1. Debtor's Ex-Parte Motion to amend voluntary petition page is GRANTED.

2. The Petition shall be amended to reflect the debtor's new Alias Name at the time of filing her bankruptcy petition on January 21, 2023.

###

Respectfully Submitted: Jose A. Blanco, Esq., JOSE A. BLANCO, P.A., By: Jose A. Blanco, FBN: 062449, 102 E 49th ST, Hialeah, FL 33013, Tel. (305) 349-3463

Attorney Jose A. Blanco, Esq. shall serve a conformed copy of this order upon all parties in interest and shall file a Certificate of Service of same with the Clerk of the Court.