UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Mary Delores Thomas Baxter          Case No.: 23-10480-PGH
                                             Chapter 13

　　　　　　　Debtor(s)　　　　　/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Value and Notice of Hearing was sent to all parties on the attached service list on May 23, 2023.

Electronically: Nancy K. Neidich, Trustee; Christopher Giacinto; ECF USER

First Class Mail:

Debtor(s), Mary Delores Thomas Baxter
13401 SW 265 Ter
Homestead, FL 33032

Axiom Financial Services, LLC
c/o PAUL BIRKETT, President
228 Park Ave South, Suite 67157,
New York, NY 10003

Axiom Financial Services, LLC
c/o PAUL BIRKETT, President
144 STATESMAN RD
CHALFONT, PA 18914

Axiom Financial Services, LLC
c/o UNIVERSAL REGISTERED AGENTS, INC.
1317 CALIFORNIA ST
TALLAHASSEE, FL 32304

Padgett Law Group,
c/o Christopher Giacinto
6267 Old Water Oak Rd, Suite 203
Tallahassee, FL 32312

Respectfully Submitted:
**JOSE A. BLANCO, P.A.**
By: */s/ Jose A. Blanco*  | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013
Tel. (305) 349-3463