B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### Southern District of Florida

In re Debtor 1: Mary Delores Thomas Baxter,          Case No. 23-10480-CLC

aka Mary Delores Baxter

aka Mary Thomas Baxter

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Land Home Financial Services, Inc.</u>          <u>AHP Servicing, LLC</u>

Name of Transferee                               Name of Transferor


Name and Address where notices to transferee      Court Claim # (if known): <u>10-1</u>
should be sent:                                   Amount of Claim: $100,542.72
                                                  Date Claim Filed: 03/28/2023
Land Home Financial Services, Inc.
3611 South Harbor Blvd STE 100
Santa Ana, CA 92704-7915

Phone:                                            Phone:
Last Four Digits of Acct #: <u>0015</u>              Last Four Digits of Acct. #: <u>0833</u>

Name and Address where transferee payments
should be sent (if different from above):
Land Home Financial Services, Inc.
PO BOX 25164
Santa Ana, CA 92799


Phone:
Last Four Digits of Acct #:


I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.


By:<u>/s/ Christopher Giacinto</u> As Authorized Agent      Date:<u> 12/04/2023</u>
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.