**Fill in this information to identify the case:**

Debtor 1: Mary Delores Thomas Baxter

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Florida

Case number: 23-10480-CLC

## Official Form 410S1
# Amended Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, formerly known as Norwest Bank Minnesota, National Association as Trustee for Salomon Brothers Mortgage Securities VII, Inc. Asset-Backed Certificates, Series 1997-LB6

**Court claim no.** (if known): 13

**Last 4 digits of any number you use to identify the debtor's account:** 9 6 3 5

**Date of payment change:**
Must be at least 21 days after date of this notice: 3/1/2024

**New total payment:**
Principal, interest, and escrow, if any: $ 2744.63

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 659.47      New escrow payment: $ 1227.24

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %      New interest rate: _____ %

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

Debtor 1  **Mary Delores Thomas Baxter**
       First Name    Middle Name    Last Name

Case number (if known) **23-10480-CLC**

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _[signature]_
Signature

Date  **2/2/2024**

Print:  **Wanda D. Murray**
      First Name   Middle Name   Last Name

Title  **Authorized Agent for Creditor**

Company  **Aldridge Pite, LLP**

Address  **Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700**
     Number     Street

**Atlanta**    **GA**    **30305**
City    State    ZIP Code

Contact phone  **(404) 994-7400**

Email  **wmurray@aldridgepite.com**

**CENLAR** — Persons who are deaf, hard of hearing, or have limited speech may dial TTY 711.
PO Box 77404
Ewing, NJ 08628

# ANNUAL ESCROW ACCOUNT
## DISCLOSURE STATEMENT

Statement Date: 12/05/2023
Loan Number: ███

MARY D BAXTER
13839 SW 255TH LN
HOMESTEAD FL 33032-3832

## Summary

As you know, we are required to maintain an escrow account which is used to pay your real estate taxes and/or insurance premiums. This account must be analyzed annually to determine whether enough funds are being collected monthly, and whether the account has a shortage or surplus based on the anticipated activity.

### Annual Escrow Review

| Escrow Item | Expected to Pay | Change | Now Expect to Pay |
|---|---|---|---|
| Insurance | $4,704.00 | + | $6,587.00 |
|  Hazard Ins |  |  | 6,587.00 |
| Taxes | $3,209.62 | + | $3,791.76 |
|  County Tax |  |  | 3,791.76 |
| **Total Disbursements** | **$7,913.62** | **+** | **$10,378.76** |

### Monthly Payment Comparison

| Payment Itemization | Current 02/01/2016 | New 03/01/2024 |
|---|---|---|
| Principal and Interest | $1,157.85 | $1,517.39 |
| Escrow Deposit | $451.41 | $864.90 |
| Escrow Shortage |  | $362.34 |
| **Total Payment** | **$1,609.26** | **$2,744.63** |

## Contractual Account History

The following statement of activity in your escrow account from 02/23 through 02/24 displays actual activity as it occurred in your escrow account during that period. Your monthly mortgage payment was $1,609.26 and $451.41 went into your escrow account. If you received Account Projections with a prior analysis, they are included again here for comparison.

| Date | PAYMENTS Projected | PAYMENTS Actual | DISBURSEMENTS Projected | DISBURSEMENTS Actual | Description | ESCROW BALANCE Projected | ESCROW BALANCE Actual |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | BEGINNING BALANCE | $4,044.53 | -$44,339.97 |
| FEB 2023 | 659.47 | * |  |  |  | 4,704.00 | -44,339.97 |
| MAR 2023 | 659.47 | * |  |  |  | 5,363.47 | -44,339.97 |
| APR 2023 | 659.47 | * | 4,704.00 | 6,587.00 * | HAZARD INS | 1,318.94 | -50,926.97 |
| MAY 2023 | 659.47 | * |  |  |  | 1,978.41 | -50,926.97 |
| JUN 2023 | 659.47 | * |  |  |  | 2,637.88 | -50,926.97 |
| JUL 2023 | 659.47 | * |  |  |  | 3,297.35 | -50,926.97 |
| AUG 2023 | 659.47 | * |  |  |  | 3,956.82 | -50,926.97 |
| SEP 2023 | 659.47 | * |  |  |  | 4,616.29 | -50,926.97 |
| OCT 2023 | 659.47 | * |  |  |  | 5,275.76 | -50,926.97 |
| NOV 2023 | 659.47 | * | 3,209.62 | 3,791.76 * | R.E. TAX | 2,725.61 | -54,718.73 |
| DEC 2023 (estimate) | 659.47 | 54,460.29 * |  |  |  | 3,385.08 | -258.44 |
| JAN 2024 (estimate) | 659.47 | 659.47 |  |  |  | 4,044.55 | 401.03 |
| FEB 2024 (estimate) |  | 659.47 * |  |  |  | 4,044.55 | 1,060.50 |
| Totals | $7,913.64 | $55,779.23 | $7,913.62 | $10,378.76 |  |  |  |

Case 23-10480-CLC    Doc 116    Filed 02/07/24    Page 4 of 7

CENLAR
CENTRAL LOAN ADMINISTRATION & REPORTING
Persons who are deaf, hard of hearing, or have limited speech may dial TTY 711.

**YOUR ANNUAL ESCROW ACCOUNT STATEMENT**
LOAN NUMBER

PAGE 2/4

---

CONTINUATION

---

An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or the date. Please note since mortgage insurance is paid monthly on the annual renewal date of the premium and PMI is paid monthly for the prior month's premium, additional asterisks report in the Account History for these items, if applicable.

The "estimate" under any of the dates indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

Last year we anticipated that Disbursements would be made from your Escrow Account during the period equaling $7,913.62. Under Federal Law, your lowest monthly balance should not have exceeded $1,318.94, or 1/6th of total anticipated payments from the account, unless your loan contract or State law specifies a lower amount.

Under your loan contract and State law your lowest monthly balance should not have exceeded $1,318.94.

## Post-Petition Account History

The post-petition escrow account balance includes the amount of escrow set forth in the filed Proof of Claim. Payments made pursuant to your Bankruptcy Plan and the filed Proof of Claim will be credited to your account while the loan remains in an active bankruptcy until the pre-petition escrow amount is paid in full per the terms of the Bankruptcy Plan and the filed Proof of Claim. The following information reflects the actual post-petition funds credited to your escrow account. The "estimate" under any of the dates indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

| DATE | PAYMENTS TO ESCROW | DISBURSEMENT FROM ESCROW | DESCRIPTION | POST-PETITION ESCROW BALANCE |
|---|---|---|---|---|
|  |  |  | BEGINNING BALANCE as of 01/23/2023 | $4,044.53 |
| APR 2023 |  | 6,587.00 | 35100 HAZARD INS | -2,542.47 |
| NOV 2023 |  | 3,791.76 | 31201 R.E. TAX | -6,334.23 |
| DEC 2023 estimate | 7,254.17 |  |  | 919.94 |
| JAN 2024 estimate | 659.47 |  |  | 1,579.41 |
| FEB 2024 estimate | 659.47 |  |  | 2,238.88 |
| **TOTALS** | **$8,573.11** | **$10,378.76** |  |  |

CENLAR
CENTRAL LOAN ADMINISTRATION & REPORTING
Persons who are deaf, hard of hearing, or have limited speech may dial TTY 711.

CONTINUED ON REVERSE SIDE

**CENLAR** CENTRAL LOAN ADMINISTRATION & REPORTING  Persons who are deaf, hard of hearing, or have limited speech may dial TTY 711.

**YOUR ANNUAL ESCROW ACCOUNT STATEMENT**
LOAN NUMBER

PAGE 3/4

--- CONTINUATION ---

## Account Projections

The following estimate of activity in your escrow account from 03/24 through 02/25 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Contractual and Post-Petition Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account Balance displays the amount actually required to be on hand as specified by Federal law, State law and your loan documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year. The below projection includes funds applied during your active bankruptcy case.

| DATE | ANTICIPATED AMOUNT TO ESCROW | ANTICIPATED AMOUNT FROM ESCROW | DESCRIPTION | PROJECTED CONTRACTUAL ESCROW BALANCE | PROJECTED POST-PETITION ESCROW BALANCE | REQUIRED ESCROW BALANCE |
|---|---|---|---|---|---|---|
| | | | BEGINNING BALANCE | $1,060.50 | $2,238.88 | $6,586.99 |
| MAR 2024 | 864.90 | | | 1,925.40 | 3,103.78 | 7,451.89 |
| APR 2024 | 864.90 | 6,587.00 | HAZARD INS | -3,796.70 | -2,618.32 | 1,729.79 |
| MAY 2024 | 864.90 | | | -2,931.80 | -1,753.42 | 2,594.69 |
| JUN 2024 | 864.90 | | | -2,066.90 | -888.52 | 3,459.59 |
| JUL 2024 | 864.90 | | | -1,202.00 | -23.62 | 4,324.49 |
| AUG 2024 | 864.90 | | | -337.10 | 841.28 | 5,189.39 |
| SEP 2024 | 864.90 | | | 527.80 | 1,706.18 | 6,054.29 |
| OCT 2024 | 864.90 | | | 1,392.70 | 2,571.08 | 6,919.19 |
| NOV 2024 | 864.90 | 3,791.76 | R.E. TAX | -1,534.16 | -355.78 | 3,992.33 |
| DEC 2024 | 864.90 | | | -669.26 | 509.12 | 4,857.23 |
| JAN 2025 | 864.90 | | | 195.64 | 1,374.02 | 5,722.13 |
| FEB 2025 | 864.90 | | | 1,060.54 | 2,238.92 | 6,587.03 |
| **TOTALS** | **$10,378.80** | **$10,378.76** | | | | |

**Your Projected Escrow Account Balance as of 02/29/24 is $1,060.50. Your Required Beginning Escrow Balance according to this analysis should be $6,586.99.**
This means you have a Shortage of $4,348.11. Per Federal law, the shortage may be collected from you over 12 months or more unless it is less than 1 month's deposit. If so, we may require payment within 30 days. We will collect the shortage over 12 months.
Once during this period, your Required Escrow Account Balance should be reduced to $1,729.79 as shown in April. This amount represents the cushion selected by us as allowed by your loan contract, Federal and State law.

## New Loan Payment

Your new payment consists of:

| | | |
|---|---|---|
| | Principal & Interest (P & I) | $1,517.39 |
| | Escrow Deposit | $864.90 |
| | **Escrow Shortage Amount** | **$362.34** |
| **NEW LOAN PAYMENT** | Beginning on March 01, 2024 | **$2,744.63** |

## Customer Service

 loanadministration.com

 **Live Chat:** Find all your loan information online. Still have questions? Use Live Chat on the website to speak with one of our representatives.

 **Correspondence**
PAYMENT PROCESSING CENTER
PO BOX 11733
NEWARK, NJ 07101-4733

We accept telecommunications relay service calls.

 **Telephone**
855-839-6253

**CENLAR**
CENTRAL LOAN ADMINISTRATION & REPORTING
Persons who are deaf, hard of hearing, or have limited speech may dial TTY 711.

**YOUR ANNUAL ESCROW ACCOUNT STATEMENT**

PAGE 4/4

LOAN NUMBER

## Important Information

**AUTOPAY HOMEOWNERS**
If you're enrolled in Autopay, any additional principal deductions you have previously authorized are not included in the above listed new payment amount. However, until we are otherwise advised, the authorized additional principal amount will continue to be withdrawn from your account.

**ADJUSTABLE RATE MORTGAGE CUSTOMERS**
If your loan has an adjustable interest rate, your monthly principal and interest payment may change prior to your next Escrow Analysis.

**INSURANCE RENEWAL/CHANGING INSURANCE COMPANIES**
Upload proof of insurance coverage at www.mycoverageinfo.com/Cen300. Your insurance documents can also be sent to us via the following methods: Email – Cen300@mycoverageinfo.com; Mail – PO Box 202028, Florence, SC 29502-2028; and Fax – 843-413-7133

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING, THIS LOAN STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT INDEBTEDNESS AS YOUR PERSONAL OBLIGATION.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Amended Notice of Mortgage Payment Change was served electronically or via U.S. Mail, first-class postage prepaid, to:

## SERVICE LIST

**DEBTOR(S)**
**(VIA US MAIL)**

Mary Delores Thomas Baxter
13401 SW 265 Ter
Homestead, FL 33032

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

Jose A Blanco
jose@blancopa.com

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Nancy K. Neidich
e2c8f01@ch13miami.com

**U.S. TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

 

Dated: February 7, 2024

/s/ *Wanda D. Murray*
Wanda D. Murray, FL Bar No. 566381
Aldridge Pite, LLP
Attorney for Secured Creditor
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (561) 288-6815
Fax: (888) 873-6147
Email: wmurray@aldridgepite.com

- 1 -

PROOF OF SERVICE