# UNITED STATES BANKRUPTCY COURT

Southern District of Florida (Miami)

In re Debtor 1: Mary Delores Thomas Baxter  
    aka Mary Delores Baxter  
    aka Mary Thomas Baxter  
Debtor 2:

Case No. 23-10480-CLC

## NOTICE OF NAME AND ADDRESS CHANGE

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Claimant hereby gives notice of a change of name, address, or both.

| Land Home Financial Services, Inc. | Land Home Financial Services, Inc. |
|---|---|
| New Name | Current Name |
| **New Notice Address:** | **Current Notice Address:** |
| P.O. Box 660155 | P.O. Box 25164 |
| Dallas, Tx 75266-0155 | Santa Ana, CA 92799-5164 |
| Phone: 877-557-9042 | Phone: 877-577-9042 |
| **New Payment Address:** | **Current Payment Address:** |
| P.O. Box 660155 | P.O. Box 25164 |
| Dallas, Tx 75266-0155 | Santa Ana, CA 92799-5164 |

I declare that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Christopher Giacinto      Date: 03-22-2025

As Authorized Agent



3611 South Harbor Boulevard, Suite100
Santa Ana, CA 92704
Phone: (877) 557-9042
https://servicing.lhfs.com/

February 13, 2025

MARY D BAXTER
13401 SW 265TH TER
HOMESTEAD, FL 33032

Loan Number:

Property Address:     13401 S W 265TH TERR
                      HOMESTEAD, FL 33032

Subject: Change of Payment Address

Dear MARY D BAXTER ,

Thank you for being a valued member of the Land Home family. Land Home Financial Services, Inc., is writing to formally notify you of a change in address concerning the payment address. This change is designed to provide you with a more personalized and responsive experience, and we are confident it will enhance your overall satisfaction. Please update your records accordingly.

**Previous Address:**
P.O. Box 25164, Santa Ana CA 92799-5164

**New Address:**
P.O. Box 660155, Dallas, Texas 75266-0155

To make your payment process even more convenient, we encourage you to set up Automatic Clearing House (ACH) payments. ACH payments are a secure and hassle-free way to ensure your mortgage payments are made on time, every time. By enrolling in ACH, you can avoid the need to mail checks and reduce the risk of late payments. To set up ACH payments, please visit our website below or contact our Customer Service team for assistance.

Enrolling in our ACH program is easy and hassle-free. Simply create an online account on our website (https://servicing.lhfs.com/), which will allow you to view your loan information. Set up recurring payments by clicking on the "Payments" menu option in the website. You will need your new Land Home loan and your Social Security number to register.

This change is effective immediately. If you have any concerns, please reach out to our Customer Service team at **877-557-9042**, available Monday through Friday from 6 a.m. to 5 p.m. PST.

Thank you for your attention to this matter, we look forward to continuing to serve you!

Sincerely,

Land Home Financial Services
3611 South Harbor Blvd, Suite 100
Santa Ana, CA 92704
Toll Free - (877) 557-9042 from 6:00 a.m. – 5:00 p.m. PST Monday through Friday

**Disclosure**:  This is an attempt to collect a debt. Any information obtained will be used for that purpose (FDCPA 15 U.S.C. §§ 1692 *et seq*). You are now communicating with a debt collector.  It does not imply that Land Home Financial Services, Inc. is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States in such instances, it is intended solely for informational purposes and does not constitute a demand for payment.